NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| LUIS FERNANDO MURILLO-CABEZAS, | : : : | CIV. NO. 24-8820 (RMB) |
| Petitioner | : : : | **OPINION** |
| v. | : : | |
| WARDEN, FCI FORT DIX, | : : | |
| Respondent | : | |

RENÉE MARIE BUMB, Chief United States District Judge

Petitioner Luis Fernando Murillo-Cabezas, a federal inmate incarcerated at FCI Fort Dix, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 seeking application of First Step Act time credits ("FSA Time Credits") under 18 U.S.C. § 3632(d)(4). (Petition, Dkt. No. 1.) He asserts that the Federal Bureau of Prisons ("BOP") improperly denied him FSA Time Credits based on his immigration removal status. (Exhibit, Dkt. No. 1-1.) Respondent now seeks dismissal of the petition as moot. (Letter Request, Dkt. No. 7.) For the reasons set forth below, the Court will dismiss the petition.

I. BACKGROUND

Petitioner challenges BOP's finding that his status of "reentry of a removed alien" rendered him ineligible for application of earned FSA Time Credits. (Exhibit,

1

Dkt. No. 1-1.) Respondent filed an answer, asserting Petitioner failed to exhaust his administrative remedies, and that he is statutorily ineligible to apply FSA Time Credits because he is subject to a final order of removal. (Answer, Dkt. No. 6 at 10 and Exhibit 2, Dkt. No. 6-3.) Respondent now seeks dismissal of the petition as moot because Petitioner completed his sentence on April 11, 2025, and was released to ICE custody. (Letter Request, Dkt. No. 7; Declaration of Alisha Gallagher ¶ 4, and Exhibit 1; Dkt. Nos. 7-1 and 7-2.)

## II.  DISCUSSION

A habeas corpus petition under § 2241 must present a live "case" or "controversy" under Article III of the U.S. Constitution. A case becomes moot when intervening events eliminate the petitioner's personal stake in the outcome or when the court can no longer provide meaningful relief. *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698 (3d Cir. 1996). In this case, Petitioner has been released from BOP custody upon expiration of his sentence. Because there remains no live dispute or available judicial relief, the petition is moot.

## III.  CONCLUSION

The petition no longer presents a justiciable controversy. Accordingly, it will be dismissed. An appropriate Order follows.

**DATE: June 6, 2025**

                                       s/Renée Marie Bumb
                                       RENÉE MARIE BUMB
                                       Chief United States District Judge